FILED

07/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0207

IN THE SUPREME COURT OF THE
STATE OF MONTANA

Case No. DA 21-0207

DAVID McCAULEY, an individual, LEADERS WITHOUT LIMITS, INC., a Wyoming Corporation, and PERKINS FAMILY HOLDINGS, LLC, a Montana Limited Liability Company,

   Plaintiffs/Appellants,

CROWLEY FLECK, PLLP, a Montana Professional Limited Liability Partnership, GRANT S. SNELL, an individual, SCOTT D. HAGEL, an individual, CHASE D. GIACOMO, an individual, and DOES 1-10

   Defendants/Appellees.

*ORDER GRANTING APPELLANTS' UNOPPOSED
FIRST MOTION FOR 30-DAY EXTENSION
OF TIME TO FILE OPENING BRIEF*

On Appeal from the Montana Eleventh Judicial District Court
Flathead County, Cause No. DV-2019-918
Before Hon. Dan Wilson

Quentin M. Rhoades
RHOADES SIEFERT &
ERICKSON PLLC
430 Ryman Street
Missoula, Montana 59802
Telephone: 406-721-9700
qmr@montanalawyer.com
*For Appellants*

Mikel L. Moore
Eric Brooks
MOORE, COCKRELL,
GOICOECHEA & JOHNSON, P.C
PO Box 7370
Kalispell, MT 59904-0370
Telephone: 406-751-6000
*For Appellees*

Upon motion of Appellants David McCauley, an individual, Leaders Without Limits, Inc., a Wyoming Corporation, and Perkins Family Holdings, LLC, a Montana Limited Liability Company, and for good cause shown,

IT IS HEREBY ORDERED that Appellants' motion is GRANTED. Appellants shall have up to August 13, 2021, in which to file their Opening Brief.

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 1 2021